# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL HILLIARD, and HANH NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INDEPENDENT MEDIA, LLC, a California Limited Liability Company; BARRY BARNHOLTZ, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No.: CV 19-5804-DMG (AFMx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [13]** |

Pursuant to stipulation of the Parties, the above-captioned action is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 19, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE